FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA S.,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>    Defendant. | No: 1:20-CV-03058-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 17. The Plaintiff is represented by Attorney D. James Tree. The Defendant is represented by Special Assistant United States Attorney Leisa A. Wolf.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion for Remand, ECF No. 17, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Counsel should remand this case to the Administrative Law Judge (ALJ) for a de novo hearing and a new decision. On remand, the ALJ shall (1)

ORDER ~ 1

reconsider the severity of Plaintiff's headaches; (2) re-evaluate the medical opinions of record, including the opinions of Ovidio Demiar, PA-C, Douglas Wrung, M.D., Michael Regets, Ph.D., and Diane Fligstein, Ph.D., and explain, with citations to evidence, what weight is given to the opinions and why; (3) As necessary, obtain evidence from an appropriate medical expert related to the nature and severity of and functional limitations resulting from Plaintiff's medically determinable impairments; (4) in light of the above findings, the ALJ will reassess Plaintiff's residual functional capacity and intensity, persistence, and limiting effects of his symptoms, consistent with Social Security Ruling 16-3p and, if necessary, obtain additional vocational expert testimony; (5) proceed with the remaining steps of the sequential evaluation process, including obtaining new vocational expert testimony; and (6) the ALJ will further develop the record, offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary

ORDER ~ 2

Judgment, **ECF No. 13**, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** April 15, 2021.

                                *s/Fred Van Sickle*
                                Fred Van Sickle
                    Senior United States District Judge

ORDER ~ 3